**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

MICHAEL ARTHUR NIXON,     )
                            )
      Petitioner,      )     CIVIL ACTION NO.: CV206-071
                            )
     v.                )
                            )
UNITED STATES OF AMERICA,    )     (Case No.:  CR204-14)
                            )
      Respondent.    )

## O R D E R

      Petitioner, an inmate at the United States Penitentiary in Leavenworth, Kansas, has filed an action under 28 U.S.C. § 2255 which the Court has reviewed. Petitioner attacks a judgment of conviction obtained in this Court on March 18, 2005, in Case Number CR204-14.  Pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the Court hereby Orders the United States Attorney to file an answer within thirty (30) days stating what records and documents need to be produced in order to fully respond to the motion. The government shall also include in this response its position regarding the need for expansion of the record authorized by Rule 7, evidentiary hearing authorized by Rule 8, and any additional discovery necessary as authorized by Rule 6 of the Rules Governing Section 2255 Proceedings.

      The Clerk of Court is hereby authorized and directed to forward a copy of this Order and a copy of Petitioner's Motion for Relief to the Savannah Office of the United States Attorney for the Southern District of Georgia.

      **SO ORDERED**, this _27th_ day of March, 2006.

                            JAMES E. GRAHAM
                            UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)